IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KENNETH LYNN FRANKLIN                                                              PLAINTIFF

V.                              CASE NO. 4:16-CV-132-DPM-BD

STATE OF ARKANSAS, et. al.                                                      DEFENDANTS

RECOMMENDED DISPOSITION

I.     **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge D.P. Marshall Jr. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

II.    **Discussion:**

Kenneth Lynn Franklin filed this 42 U.S.C. § 1983 case on March 9, 2016. (Docket entry #2) Judge Marshall granted Mr. Franklin's motion for leave to proceed *in forma pauperis*, but ordered him to file an amended complaint by April 15, 2016, to cure the deficiencies in the original complaint. In that order, Judge Marshall referred the case to the undersigned. (#17)

Mr. Franklin filed a Motion to Amend (#18), a Memo (#19), and another Motion to Amend (#20) after Judge Marshall issued his April 15 Order, but he did not file an amended complaint.

On April 6, 2016, this Court denied Mr. Franklin's motions to amend as moot and warned him of his obligation to amend his complaint. (#21) Instead of filing an amended complaint, however, Mr. Franklin filed a completely unrelated authorization to release medical records. (#22)

On May 3, 2016, well after the deadline set by Judge Marshall, this Court granted Mr. Franklin an additional thirty days to file the required amended complaint. (#23) The Court again warned Mr. Franklin that failure to comply could result in dismissal of this action. (#23)

Since then, Mr. Franklin has filed a motion to partition land (#24), but he still has not complied with the orders requiring him to file an amended complaint. The extended time for compliance has passed.

## III.   Conclusion:

The Court recommends that Judge Marshall DISMISS Mr. Franklin's claims, without prejudice, based on his failure to comply with the Court's April 1, 2016, April 6, 2016, and May 3, 2016 Orders. Judge Marshall should DENY all pending motions as moot.

DATED this 14th day of June, 2016.

                                                _____
                                                UNITED STATES MAGISTRATE JUDGE