IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KENNETH LYNN FRANKLIN                                              PLAINTIFF

v.                         No. 4:16-cv-132-DPM

ARKANSAS STATE OF, Confusion; SUSAN
FRANKLIN STEVENS; JAMES G. FRANKLIN;
R. BELL; BOWWER; FELIX LEMAR LEE; DOE,
Alvin's son; ALBAMAR; BANCORP SOUTH,
per B.F.; MARY ODESSA FRANKLIN                                     DEFENDANTS

ORDER

On *de novo* review, the Court adopts the recommendation, № 25, and overrules Franklin's objection, № 26. Franklin's complaint will be dismissed without prejudice. All pending motions, № 8, 11, 12, 13, 15, 19 & 24 are denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 June 2016