IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KENNETH LYNN FRANKLIN                                                              PLAINTIFF

v.                                  No. 4:16-cv-132-DPM

STATE OF ARKANSAS, Confusion;
SUSAN FRANKLIN STEVENS;
JAMES G. FRANKLIN; R. BELL; BOWWER;
FELIX LEMAR LEE; DOE, Alvin's son;
ALBAMAR; BANCORP SOUTH, per
B.F.; MARY ODESSA FRANKLIN                                                       DEFENDANTS

ORDER

The Court dismissed this case without prejudice three months ago. Franklin's new motion for an appointed lawyer has come too late. Motion, № 29, denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 September 2016